UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **HENRY GAINES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-2014 |
| ) | |
| **GILSTER MARY LEE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## OPINION

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on September 15, 2005.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant's Motion for Sanctions (#26) is GRANTED.  Defense counsel is allowed fourteen days to file an affidavit of fees and costs associated with the pursuit of discovery in this matter.

(2) A Rule to Show Cause Hearing is scheduled before this court on October 24, 2005, at 10:30 a.m.  Plaintiff must appear personally to show cause why this case should not be dismissed for failure to prosecute.

ENTERED this 4th day of October, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE